### CLEMENTS agt LISLEY

Richard Clements or his Attourny plaint. ag$^t$ Robert Lisley Defend$^t$ in an action of debt of two pounds Fifteen Shillings Sterl. mony of New-England due by bill bearing date the second day of May last past & paiable in two dayes after the arrivall of the Joane

of Corke in New-England, with all other due damages according to attachm<sup>t</sup> dated. 7<sup>br</sup> 5th 1676. . . . The Jury . . . found for the plaint. two pounds Fifteen Shillings mony and costs of Court; allowed Sixteen Shillings & eight pence.

Execution issued Nov<sup>r</sup> 8th 1676.